

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00489-CV

Jose **FLORES**,
Appellant

v.

Sergio **BERNAL**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVK001079D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR
WANT OF PROSECUTION. Costs of the appeal are assessed against appellant.

SIGNED August 28, 2024.

_____
Lori I. Valenzuela, Justice